# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CASE NO. 1:18CR00355 |
| | : | |
| Plaintiff, | : | |
| | : | JUDGE CHRISTOPHER A. BOYKO |
| -vs- | : | |
| | : | |
| JAMES HALPIN, | : | **NOTICE OF DISCOVERY REQUESTS** |
| | : | |
| Defendant. | : | |

Defendant, through undersigned counsel, hereby gives notice that, on  August 13, 2018, he submitted to Matthew J. Cronin, Assistant United States Attorney, via this electronic filing, his request for discovery and relevant sentencing information pertaining to the within captioned case. See attached Exhibit A, Discovery Request; and Exhibit B, Guideline Calculation Request.

Respectfully submitted,

STEPHEN C. NEWMAN
Federal Public Defender
Ohio Bar:  0051928

*/s/CAROLYN M. KUCHARSKI*
Assistant Federal Public Defender
Ohio Bar:  0062119
1660 West Second Street, Suite 750
Cleveland, Ohio 44113
(216) 522-4856 Fax: (216) 522-4321
e-mail address: carolyn_kucharski@fd.org

## CERTIFICATE OF SERVICE

I hereby certify that on August 13, 2018, a copy of the foregoing <u>Notice of Discovery</u> <u>Requests</u> was filed electronically.  Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.  All other parties will be served by regular U.S. Mail.  Parties may access this filing through the Court's system.

*/s/CAROLYN M. KUCHARSKI*
Assistant Federal Public Defender
Ohio Bar:  0062119
